UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN STEVENS,<br><br>        Plaintiff,<br><br>vs.<br><br>WARDEN TRIMBLE, et al.,<br><br>        Defendants. | Case No. 1:11 cv 01048 LJO GSA PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF No. 13 )<br><br>ORDER DISMISSING ACTION FOR FAILURE TO SATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED<br><br>ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(g) |

    Plaintiff is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

    On  May 22, 2013, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim upon which relief can be granted.  Plaintiff was provided an opportunity to file objections within twenty days.  To date, Plaintiff has not filed objections or

otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the Magistrate Judge on  May 22, 2013, are adopted in full;

2. This action is dismissed with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983;

3. This dismissal is subject to the "three strikes" provision set forth in 28 U.S.C. §1915(g); and

4. The Clerk of Court is directed to close this case.


IT IS SO ORDERED.

Dated:   **June 13, 2013**        /s/
**Lawrence J. O'Neill**
                              UNITED STATES DISTRICT JUDGE

2